UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

DAVID ERNESTO MACKEY,

                Plaintiff,

      v.

THE PEOPLE OF THE STATE OF
CALIFORNIA, et al.,

                Defendants.

Case No. 1:21-cv-00793-JLT (PC)

**ORDER GRANTING MOTION TO
PROCEED *IN FORMA PAUPERIS***

(Doc. 2)

      Plaintiff filed an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915.

(Doc. 2.) Plaintiff adequately shows that he is unable to afford the costs of this action.[1]

Accordingly, his motion to proceed *in forma pauperis* is GRANTED.


IT IS SO ORDERED.

    Dated:   **May 19, 2021**            **/s/ Jennifer L. Thurston**
                               CHIEF UNITED STATES MAGISTRATE JUDGE

---

[1] Plaintiff is civilly detained at Coalinga State Hospital. Persons civilly detained pursuant to California Welfare and Institutions Code § 6600, *et seq.*, are not prisoners within the meaning of the Prison Litigation Reform Act, and thus the Act's provisions regarding *in forma pauperis* status of prisoner-plaintiffs do not apply to them. *Page v. Torrey*, 201 F.3d 1136, 1140 (9th Cir. 2000).