UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID ERNESTO MACKEY,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>PEOPLE OF THE STATE OF CALIFORNIA, et al.,<br><br>　　　　　Defendants. | Case No.: 1:21-CV-00793-KES-CDB<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS TO DISMISS ACTION FOR PLAINTIFF'S FAILURE TO OBEY COURT ORDERS AND FAILURE TO PROSECUTE**<br><br>(Doc. 9) |

　　　　Plaintiff David Ernesto Mackey is a civil detainee proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. This matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　　On September 26, 2024, the assigned magistrate judge issued findings and recommendations, recommending that the action be dismissed for plaintiff's failure to obey court orders and failure to prosecute, including a failure to keep the Court apprised of his current address. *See* Doc. 9. On October 7, 2024, the findings and recommendations were returned to the Court from the United States Postal Service marked "Undeliverable, RTS, Refused, Unable to Forward."

　　　　In accordance with the provisions of 28 U.S.C. § 636(b)(1), this Court has conducted a *de novo* review of this case. Having carefully reviewed the file, the Court finds the findings and

recommendations are supported by the record and proper analysis. The findings and recommendations appropriately analyzed the *Henderson* factors in recommending that the case be dismissed for failure to prosecute. *See Henderson v. Duncan*, 779 F.2d 1421, 1424 (9th Cir. 1986).

Accordingly, it is **ORDERED** that:

1. The findings and recommendations issued on September 26, 2024, Doc. 9, are **ADOPTED** in full;
2. This action is **DISMISSED** without prejudice for plaintiff's failure to obey court orders and failure to prosecute; and
3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:   October 31, 2024

UNITED STATES DISTRICT JUDGE

2